UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                  :      CASE NO 05-16918
                                               CHAPTER 13
ERIC R. RYNN
RABECCA L. RYNN                         :      JUDGE JEFFERY P. HOPKINS
        DEBTORS
                                        :      NOTICE OF TRANSMITTAL OF
                                               UNCLAIMED FUNDS

        Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the
Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

        The Trustee has made numerous attempts to contact the creditor.  Certification of Final Payment
has been filed in this case.  These Funds are now unclaimed.

| Check No. | Amount |
|-----------|--------|
| 916937 | $5.16 |

Creditor(s)
Checkmart
1595 S. Erie Blvd.
Hamilton, Ohio 45011

                                               Respectfully submitted,


                                        /s/    Margaret A. Burks, Esq.
                                               Margaret A. Burks, Esq.
                                               Chapter 13 Trustee
                                               Attorney No. OH 0030377

                                               Francis J. DiCesare, Esq.
                                               Staff Attorney
                                               Attorney No. OH 0038798

                                               Karolina F. Perr, Esq.
                                               Staff Attorney
                                               Attorney No. OH 0066193

                                               600 Vine Street, Suite 2200
                                               Cincinnati, OH 45202
                                               (513) 621-4488
                                               (513) 621 2643 (Facsimile)
                                               mburks@cinn13.org - Correspondence only
                                               fdicesare@cinn13.org
                                               kperr@cinn13.org

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, June 16, 2010.

/s/    Margaret A. Burks, Esq.
       Margaret A. Burks, Esq.

Checkmart
1595 S. Erie Blvd.
Hamilton, Ohio 45011

Debtor(s) Counsel
HENRY D. ACCIANI, ESQ.
2200 KROGER BUILDING
1014 VINE STREET
CINCINNATI, OH  45202

Debtor(s)
ERIC R. RYNN
RABECCA L. RYNN
1452 WINDSONG COURT
MASON, OH  45040

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)

Registry_Deposit_for_Creditor